IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JESSIE D. DUFFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-07-90-R |
| | ) |
| MICHAEL JACKSON, M.D. et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff filed this action alleging the violation of his civil rights and seeking relief pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter was referred to United States Magistrate Judge Doyle W. Argo for preliminary review. On October 30, 2007, Judge Argo issued a Report and Recommendation, wherein he recommended that the motion to dismiss/motion for summary judgment filed by the Defendants be granted. The record reflects that Plaintiff has not filed a timely objection to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY and summary judgment is granted with regard to P.A. Arian and Dr. Troutt. Plaintiffs' claims against Dr. Jackson, Nurse Frech, John Doe Physicians and the Staff of the University of Oklahoma Medical Center are dismissed for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED this 27th day of November 2007.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE